E. HOFFSCHLAEGER & Co. *vs.* HAN SAME, AYAU AND WONG KWAI.

---

ON EXCEPTIONS TO A RULING SUSTAINING THE DEMURRER.

IN AN ACTION against the indorser of a promissory note, the complaint, in order to hold the indorser, should contain either an averment of demand on the maker and his non-payment, and notice of the dishonor to the indorser, or the excuse for the non-performance of these conditions.

E. Hoffschlaeger & Co. *v.* Han Same, Ayau and Wong Kwai.

Copies of promissory notes merely fastened to the complaint, and not
referred to therein as annexed to and to form a part of the com-
plaint, are no part of the complaint.

Opinion of the Court by JUDD, J.

The plaintiffs' declaration claims twelve hundred and eighty-
one dollars and sixty-six cents, upon two several promissory
notes made by the said Han Same and Ayau, and indorsed by
the said Wong Kwai, and payable, &c., * * * for which
said sums the defendants are indebted to complainants; for
that whereas the said defendants Han Same and Ayau by
their promissory notes dated, &c., now over and past due, and
the said Wong Kwai as indorser thereof promised and became
liable to pay," &c. And an averment of non-payment after
an amicable demand.

This is demurred to by Wong Kwai as insufficient.

The complaint, in order to be good against the indorser,
should contain either an averment of the performance of the
conditions fixing his liability, to wit, demand upon the maker
and his non-payment, and notice of the dishonor to the in-
dorser, or the excuse for the non-performance of these con-
ditions. The declaration contains neither allegation. But it
is urged that it is apparent that Wong Kwai is liable without
demand and notice, because he has waived the necessity of
these conditions over his own indorsement, as may be seen by
copies of the notes which are affixed to the declaration.

The notes are not recited in full in the body of the com-
plaint, nor are they referred to in apt words as being an-
nexed to and to form a part of the complaint. The notes
are simply fastened to the declaration.

We do not see how they can be regarded as part of the
complaint, unless made so by the form of the pleading. This
being determined, the declaration is insufficient to charge the
indorser. Demurrer sustained.

J. M. Davidson for plaintiff.

A. S. Hartwell for defendant.